# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO CALDINO,<br><br>Defendant. | Case No.: 21-cr-2354-WQH<br><br>**ORDER** |

Joint Motion to Continue the Jury Trial (ECF No.42) is granted.

IT IS HEREBY ORDERED that the motion in limine hearing set for June 13, 2022 is continued to August 1, 2022 at 2 p.m. and the jury trial set for June 14, 2022 is continued to August 2, 2022. All other dates set in ECF No. 41 remain the same.

Dated: April 26, 2022

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court